THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

ASHLEY POPA, INDIVIDUALLY AND ON
BEHALF OF ALL SIMILARLY SITUATED,

10

PLAINTIFF,

11

V.

12

PSP GROUP, LLC D/B/A PET SUPPLIES
PLUS, AND MICROSOFT CORPORATION,

13

14

DEFENDANTS.

NO. 2:23-CV-00294-JLR       **JLR**

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER TO EXTEND OR
CLARIFY DEFENDANTS' DEADLINE
TO RESPOND TO FIRST AMENDED
COMPLAINT

NOTE ON MOTION CALENDAR:
MARCH 29, 2023

15

16     Plaintiff Ashley Popa, and Defendants PSP Group, LLC and Microsoft Corporation

17 (collectively "the Parties"), by and through their respective attorneys, hereby move to extend or

18 clarify the deadline for Defendants to respond to the First Amended Complaint ("FAC") to June

19 6, 2023.

20     The Parties have conferred and agree that the proposed extension or clarification is

21 necessary and in the best interests of all Parties for the reasons described below:

22     1.     The Honorable J. Nicholas Ranjan recently transferred the above-captioned case

23 from the United States District Court for the Western District of Pennsylvania to this Court. *See*

24 Dkt. 34. Prior to the transfer, Judge Ranjan ordered that Defendants' responses to the FAC would

25 be due within 21 days of the resolution of Microsoft's Motion to Transfer. ECF No. 30. That

26 deadline would have been March 20, 2023.

2.      On February 27, 2023, Judge Ranjan granted Microsoft's Motion to Transfer. *See* Dkt. 33. Thus, this action is no longer before Judge Ranjan.

3.      Following the transfer of this action, the Parties agreed to negotiate a briefing schedule for Defendants to respond to Plaintiff's amended complaint through a joint stipulation to the Court.

4.      Extending the deadline to June 6, 2023, will serve judicial economy because it coincides with the deadline for defendants to respond to the consolidated complaint in *In re Zillow*.

5.      Accordingly, the Parties stipulate and respectfully move the Court to enter an order setting the deadline for Defendants to respond to the FAC for June 6, 2023.

DATED:  March 29, 2023

By:  s/ *Nicola C. Menaldo*
     Nicola C. Menaldo, Bar No. 44459
     Anna M. Thompson, Bar No. 52418
     **PERKINS COIE LLP**
     1201 Third Avenue, Suite 4900
     Seattle, Washington 98101-3099
     Telephone: +1.206.359.8000
     Facsimile: +1.206.359.9000
     NMenaldo@perkinscoie.com
     AnnaThompson@perkinscoie.com

     James G. Snell (*pro hac vice*)
     **PERKINS COIE LLP**
     3150 Porter Drive
     Palo Alto, California 94304-1212
     Telephone: +1.650.838.4300
     Facsimile: +1.650.838.4350
     JSnell@perkinscoie.com

*Counsel for Defendant Microsoft Corporation*

By:  s/ *Kim D. Stephens*
     Kim D Stephens
     **TOUSLEY BRAIN STEPHENS PLLC**
     1200 Fifth Ave Suite 1700
     Seattle, WA 98101
     Telephone: +1.206.682.5600
     Email: kstephens@tousley.com

By:  s/ *John S. Devlin, III*
     John S Devlin, III
     **LANE POWELL PC**
     1420 Fifth Ave, Suite 4200
     PO Box 91302
     Seattle, WA 98111-9402
     Telephone: +1.206.223.7000
     Facsimile: +1.206.223.7107
     Email: devlinj@lanepowell.com

     James L. Rockney (*pro hac vice*)
     Gerard M. Stegmaier (*pro hac vice*)
     **REED SMITH**
     225 Fifth Avenue
     Pittsburgh, PA 15222
     Telephone: +1.412.288.3131
     Email: jrockney@reedsmith.com
     Email: gstegmaeier@reedsmith.com

*Counsel for Defendant PSP Group, LLC*

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER (No. 2:23-cv-00294-JLR) –2

Gary F Lynch (*pro hac vice*)
Nicholas Colella
**LYNCH CARPENTER LLP**
1133 Penn Ave 5th Floor
Pittsburgh, PA 15222
Telephone: +1.412.322.9243
Email: Gary@lcllp.com
Email: NickC@lcllp.com

*Counsel for Plaintiff Ashley Popa*

**IT IS SO ORDERED.**

1   Dated this 30th day of March, 2023.

2

3   _____

4   JAMES L. ROBART
    United States District Judge

5   Presented by:

6   By:  s/ *Nicola C. Menaldo*                    By:  s/ *John S. Devlin, III*
         Nicola C. Menaldo, Bar No. 44459              John S Devlin, III, Bar No. 23988
7        Anna M. Thompson, Bar No. 52418              **LANE POWELL PC**
         **PERKINS COIE LLP**                          1420 Fifth Ave, Suite 4200
8        1201 Third Avenue, Suite 4900                PO Box 91302
         Seattle, Washington 98101-3099               Seattle, WA 98111-9402
9        Telephone: +1.206.359.8000                   Telephone: +1.206.223.7000
         Facsimile: +1.206.359.9000                   Facsimile: +1.206.223.7107
10       NMenaldo@perkinscoie.com                     Email: devlinj@lanepowell.com
         AnnaThompson@perkinscoie.com
11
         James G. Snell (*pro hac vice*)              James L. Rockney (*pro hac vice*)
12       **PERKINS COIE LLP**                          Gerard M. Stegmaier (*pro hac vice*)
         3150 Porter Drive                            **REED SMITH**
13       Palo Alto, California 94304-1212             225 Fifth Avenue
         Telephone: +1.650.838.4300                   Pittsburgh, PA 15222
14       Facsimile: +1.650.838.4350                   Telephone: +1.412.288.3131
         JSnell@perkinscoie.com                       Email: jrockney@reedsmith.com
15                                                    Email: gstegmaeier@reedsmith.com

16       *Counsel for Defendant Microsoft Corporation*      *Counsel for Defendant PSP Group, LLC*

17   By:  s/ *Kim D. Stephens*
         Kim D Stephens, Bar No. 11984
18       **TOUSLEY BRAIN STEPHENS PLLC**
         1200 Fifth Ave Suite 1700
19       Seattle, WA 98101
         Telephone: +1.206.682.5600
20       Email: kstephens@tousley.com

21       Gary F Lynch (*pro hac vice*)
         Nicholas Colella
22       **LYNCH CARPENTER LLP**
         1133 Penn Ave 5th Floor
23       Pittsburgh, PA 15222
         Telephone: +1.412.322.9243
24       Email: Gary@lcllp.com
         Email: NickC@lcllp.com

25       *Counsel for Plaintiff Ashley Popa*

26   STIPULATED MOTION AND [~~PROPOSED~~]
     ORDER (No. 2:23-cv-00294-JLR) –4