THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY POPA, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PSP GROUP, LLC d/b/a PET SUPPLIES PLUS, and MICROSOFT CORPORATION,<br><br>Defendants. | No. 2:23-cv-00294-JLR    **JLR**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>**Noted for Consideration: June 21, 2023** |

  Plaintiff Ashley Popa, and Defendants PSP Group, LLC and Microsoft Corporation (collectively "the Parties"), by and through their respective counsel, hereby move to extend the briefing schedule for Defendants' Motions to Dismiss filed on June 6, 2023 (ECF Nos. 54, 55). Plaintiff's opposition to the motions is currently due on June 26, 2023. By and through their respective counsel, the Parties stipulated to—and now jointly and respectfully request that the Court approve—an extension of the briefing schedule for Plaintiff to file her opposition to the Motions to Dismiss to **July 31, 2023** and for Defendants to file any reply to **September 8, 2023**.

  An extension may be justified at the discretion of the Court if the request for an extension is timely, and the request is not made in bad faith or for an improper purpose. Good cause exists

to grant the stipulation.  The parties agree that this request is supported by good cause.  This action involves two defendants, a putative class pursuing claims under Pennsylvania law, and complex and novel questions of statutory interpretation.  Thus, Plaintiff and Defendants seek extensions to the response and reply times given the complexity and nature of the responsive and forthcoming oppositions.  Extending the foregoing deadline will not impact other deadlines in this case.  In view of the number, complexity, and importance of the issues raised by Defendants' two motions to dismiss, the parties agree that Plaintiff's opposition to both motions shall be due on **July 31, 2023**.  The parties further agree that Defendants' replies shall be due on **September 8, 2023**, with re-noting of the motion for September 8, 2023.

Dated: June 21, 2023

Respectfully submitted,

s/ Gary F. Lynch
Gary F Lynch (*pro hac vice*)
Jamisen A. Etzel (*pro hac vice* forthcoming)
Nicholas Colella (*pro hac vice* forthcoming)
LYNCH CARPENTER LLP
1133 Penn Ave 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Email: Gary@lcllp.com
Email: Jamisen@lcllp.com
Email: NickC@lcllp.com

Kim D Stephens, Bar No. 11984
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Ave Suite 1700
Seattle, WA 98101
Telephone: +1.206.682.5600
Email: kstephens@tousley.com

*Counsel for Plaintiff Ashley Popa*

s/ John S. Devlin, III
John S Devlin, III, Bar No. 23988
LANE POWELL PC
1420 Fifth Ave, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: +1.206.223.7000
Facsimile: +1.206.223.7107
Email: devlinj@lanepowell.com

James L. Rockney (*pro hac vice*)
Gerard M. Stegmaier (*pro hac vice*)
REED SMITH
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1.412.288.3131
Email: jrockney@reedsmith.com
Email: gstegmaier@reedsmith.com

*Counsel for Defendant PSP Group, LLC*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE  - 2
NO. 2:23-CV-00294-JLR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*s/ Nicola C. Menaldo*
Nicola C. Menaldo, Bar No. 44459
Anna M. Thompson, Bar No. 52418
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

James G. Snell (*pro hac vice*)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350
JSnell@perkinscoie.com

*Counsel for Defendant Microsoft Corporation*

**SO ORDERED.**

Dated this 21st day of June, 2023

_____
THE HONORABLE JAMES L. ROBART

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE - 3
NO. 2:23-CV-00294-JLR