UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY POPA,

     Plaintiff,

 v.

PSP GROUP LLC, et al.,

     Defendants.

CASE NO. C23-0294JLR

ORDER

  Before the court is Plaintiff Ashley Popa's notice of election to stand on her first amended complaint and request for entry of a final order in this case.  (Notice (Dkt. # 69).)  On October 24, 2023, the court granted Defendant PSP Group, LLC's ("PSP") motion to dismiss.  (10/24/23 Order (Dkt. # 67).)  The court concluded that Ms. Popa had not demonstrated that she has Article III standing to pursue her claims in this case because she failed to plausibly allege that she suffered a cognizable injury-in-fact.  (*Id.* at 5-13.)  Thus, the court dismissed Ms. Popa's claims without prejudice for lack of subject matter jurisdiction.  (*Id.* at 13 (citing *Missouri ex rel. Koster v. Harris*, 847 F.3d 646, 656

1    (9th Cir. 2017) ("In general, dismissal for lack of subject matter jurisdiction is without

2    prejudice.")).  The court granted Ms. Popa leave to amend, however, based on its

3    conclusion that it was possible that Ms. Popa might be able to cure the deficiencies in her

4    complaint.  (*Id.*)

5         Ms. Popa did not amend her complaint.  (*See generally* Dkt.)  Instead, she

6    contends that the allegations in her first amended complaint demonstrate that she has

7    standing under Article III.  (Notice at 2.)  She asks, therefore, that the court enter a final

8    appealable order dismissing this case so that she may file an appeal.  (*Id.* (quoting *WMX*

9    *Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) ("[A] plaintiff, who

10   has been given leave to amend, may not file a notice of appeal simply because he does

11   not choose to file an amended complaint.  A further district court determination must be

12   obtained.")).)

13        The court ORDERS Defendants PSP and Microsoft Corporation to SHOW

14   CAUSE, by no later than **December 1, 2023**, why the court should not issue a final order

15   and judgment of dismissal in accordance with Ms. Popa's request.  Defendants' responses

16   shall be limited to 1,000 words in length.  No replies shall be filed unless requested by

17   the court.

18        Dated this 27th day of November, 2023.

19

20

21   _____
     JAMES L. ROBART
22   United States District Judge

ORDER - 2