UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY POPA,<br><br>            Plaintiff,<br>    v.<br><br>PSP GROUP, LLC, et al.,<br><br>            Defendants. | CASE NO. C23-0294JLR<br><br>ORDER |

On October 24, 2023, the court granted Defendant PSP Group, LLC's ("PSP") motion to dismiss Plaintiff Ashley Popa's first amended complaint. (10/24/23 Order (Dkt. # 67).) The court concluded that Ms. Popa failed to plausibly allege that she suffered a cognizable injury-in-fact and, as a result, she had not demonstrated that she had Article III standing to pursue her claims. (*Id.* at 5-13.) Thus, the court dismissed Ms. Popa's claims without prejudice for lack of subject matter jurisdiction. (*Id.* at 13). The court granted Ms. Popa leave to amend based on its conclusion that it was possible that she might be able to cure the deficiencies in her complaint. (*Id.*)

ORDER - 1

1    Ms. Popa did not, however, amend her complaint.  (*See generally* Dkt.)  Instead, on November 22, 2023, she filed a notice of election to stand on her first amended complaint and request for entry of a final order in this case.  (Notice (Dkt. # 69).)  Ms. Popa informed the court that she intended to stand on the allegations in her first amended complaint and asked the court to enter a final order dismissing this case so that she may file an appeal.  (*Id.*)  On November 27, 2023, the court ordered PSP and Defendant Microsoft Corporation ("Microsoft") to show cause why the court should not grant Ms. Popa's request.  (11/27/23 Order (Dkt. # 70) at 2.)  PSP and Microsoft timely filed a joint response in which they state that they "do not object to the court issuing a final order and judgment of dismissal in accordance with Ms. Popa's request."  (Resp. (Dkt. # 71) at 1.)

Accordingly, the court GRANTS Ms. Popa's request for entry of a final order and judgment of dismissal (Dkt. # 69) and DISMISSES this matter without prejudice for lack of standing for the reasons set forth in its October 24, 2023 order (Dkt. # 67).

Dated this 1st day of December, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2