# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY POPA,<br><br>        Plaintiff,<br><br>v.<br><br>PSP GROUP, LLC, et al.,<br><br>        Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-0294JLR |

___ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant PSP Group, LLC's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED without prejudice. (*See* 10/24/23 Order (Dkt. # 67); 12/1/23 Order (Dkt. # 72).)

Filed this 1st day of December, 2023.

                                              RAVI SUBRAMANIAN
                                              Clerk of Court

                                              s/ Ashleigh Drecktrah
                                              Deputy Clerk